IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDALL HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-3580-CV-S-SWH |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is plaintiff's Motion For Application For Attorney's Fees Under Equal Access To Justice Act. (Doc. #18) The application requests an award of fees in the amount of $4,763.71, which represents 27.45 hours of attorney time at the rate of $159.88 per hour and 5 hours of paralegal time at the rate of $75.00 per hour. Plaintiff also requests reimbursement of expenses in the amount of $275.98. In response to plaintiff's request, defendant filed Defendant's Response To Plaintiff's Motion For Attorney Fees Under the Equal Access To Justice Act. (Doc. # 19) The Response indicates that the defendant does not oppose the award of attorney fees in the amount requested or the reimbursement of fees and expenses; however, the filing fee must be awarded from the Judgment Fund administered by the United States Treasury Department. Therefore, it is

ORDERED that plaintiff's Motion For Application For Attorney's Fees Under Equal Access To Justice Act, doc. #18, is granted. Attorney's fees and expenses in the amount of $4,789.69 are hereby awarded payable to plaintiff's attorney under the EAJA; it is further

ORDERED that pursuant to 31 U.S.C. § 1304, plaintiff is reimbursed $250.00 for the United

States District Court filing fee from the Judgment Fund administered by the United States Treasury Department.

                                                           */s/ Sarah W. Hays*
                                                         SARAH W. HAYS
                                                   UNITED STATES MAGISTRATE JUDGE