IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| RANDALL HOPKINS, Plaintiff, v. | ) ) ) No. 05-3580-CV-S-SWH ) |
| JO ANNE B. BARNHART *Commissioner of Social Security,* Defendant(s). | ) ) ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **XX** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED**

that plaintiff's Application for Award of Attorney's Fees under the Equal Access to Justice Act, (doc. #18), is granted. Attorney fees and expenses in the amount of $4,789.69 are hereby awarded payable to plaintiff's attorney, under the EAJA.

**IT IS FURTHER ORDERED**

that pursuant to 31 U.S.C. Section 1304, plaintiff is reimbursed $250.00 for the United States District Court filing fee from the Judgment Fund administered by the United State Treasury Department.

December 4, 2006                     Patricia L. Brune
Date                                 Clerk

                                      */s/ Bonnie J. Rowland*
                                     (by) Deputy Clerk